In the Matter of Frederick P. Close, an Attorney, Respondent.— In view of respondent's ample apology, proceeding dismissed. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of the Application of the First National Bank of Hempstead to Be Designated as a Deposit Bank of Court Funds, etc.— Application withdrawn. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Final Accounting of Henry M. Heymann, as Committee of the Person and Estate of John Cooney, an Incompetent.— Motion denied, with ten dollars costs, unless within ten days the appellant give an undertaking on appeal in the sum of $2,500; Order to be settled on notice. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ. Settle order before Mr. Justice Burr.

In the Matter of Henry Joachim, an Attorney, Respondent.— Motion granted, and respondent's name stricken from the roll of attorneys. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of Rutherford W. Kathan, an Attorney.— Motion granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Probate of the Paper Propounded as the Last Will and Testament of Mary Simpson, Deceased.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

In the Matter of the Application of Abner C. Surpless for an Order Requiring Fred L. Gross to Deliver up Certain Papers, etc.— Motion to dismiss appeal granted, without costs, on condition that Gross stipulate to withdraw his appeal. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Thomas Johnson, as Administrator, etc., Appellant, v. Morse Dry Dock and Repair Company, Respondent.— Motion denied, on condition that the appellant pay the respondent ten dollars costs, perfect his appeal, place the case on the March calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Charles H. Levy, Respondent, v. Samuel Salaway, Appellant.— Motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

William A. McCreery, Appellant, v. The Harral Soap Company, Respondent. — Motion denied, without costs, without prejudice to an application to the Municipal Court to correct the judgment as to the seven dollars and twenty-three cents in dispute. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

George Neuberger, an Infant, by Bertha Neuberger, His Guardian ad Litem, Respondent, v. The Long Island Railroad Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

James W. Payne, Respondent, v. New York, Susquehanna and Western Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and question certified as proposed by the appellant. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.